Minnie V. Pickard, Appellee, v. Millie B. Rice, Appellant.

Gen. No. 43,727.

opinion filed June 10, 1946; released for publication July 1, 1946. Newell Mecartney, for appellant; no appearance for appellee. Opinion by PRESIDING ·JUSTICE MATCHETT. Not to be published in full.